1  LIPSON, NEILSON P.C.
   JOSEPH P. GARIN, ESQ.
2  Nevada Bar No. 6653
   DAVID A CLARK
3  Nevada Bar No. 4443
   9900 Covington Cross Drive, Suite 120
4  Las Vegas, Nevada 89144
   (702) 382-1500
5  (702) 382-1512 - fax
   jgarin@lipsonneilson.com
6  dclark@lipsonneilson.com

7  *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTURY-NATIONAL INSURANCE COMPANY, a California corporation, PACIFIC PIONEER INSURANCE GROUP, INC., a Delaware corporation, PACIFIC PIONEER INSURANCE COMPANY, a California corporation, and UCA GENERAL INSURANCE SERVICES, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DOUGLAS J. GARDNER, ESQ., an individual, DOUGLAS J. GARDNER, LTD., a Nevada domestic professional corporation, RANDS & SOUTH, LTD., a Nevada domestic professional corporation, ALPS CORPORATION, a Montana corporation, DOES 1 through 20, inclusive.<br><br>Defendants.<br>_____ | CASE NO.: 2:18-cv-02090-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT (ECF NO. 1)**<br><br>**(FIRST REQUEST)** |

Plaintiffs, CENTURY-NATIONAL INSURANCE COMPANY, PACIFIC PIONEER INSURANCE GROUP, INC., PACIFIC PIONEER INSURANCE COMPANY, and UCA GENERAL INSURANCE SERVICES and Defendant, DOUGLAS J. GARDNER, ESQ., DOUGLAS J. GARDNER, LTD, and RANDS & SOUTH, LTD., by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant Douglas J. Gardner, Esq. to respond to Plaintiffs' Complaint (ECF No. 1), currently due on November 26, 2018, shall be extended to **December 7, 2018.** This is the parties' first request for extension and is their way of accommodating each other. The parties certify that this Stipulation is made in good faith and is not sought for the purpose of undue delay or to cause prejudice to any party.

DATED this 27th day of November, 2018

PHILLIPS SPALLAS & ANGSTADT LLC

*/s/ John A. Marshall*
_____
John A. Marshall, Esq.
Mark S. Reusch, Esq.
MARSHALL & ASSOCIATES
26565 W. Agoura Road, Suite 200
Calabasas, California 91302

*Attorneys for Plaintiffs, Century-National Insurance Company, Pacific Pioneer Insurance Group, Inc., Pacific Pioneer Insurance Company, and UCA General Insurance Services*

DATED this 27th day of November, 2018.

LIPSON NEILSON P.C.

*/s/ David A. Clark*
_____
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
DAVID A CLARK
Nevada Bar No. 4443
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant,
Doug Gardner*

**ORDER**

IT IS SO ORDERED.

DATED this 28th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE