JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
DAVID A. CLARK
Nevada Bar No. 4443
9990 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Attorneys for Defendants Douglas Gardner, Esq.

John A. Marshall, Esq.
California State Bar No. 109557
Mark S. Reusch, Esq.
California State Bar No. 210679
**MARSHALL & ASSOCIATES**
26565 W. Agoura Road, Suite 200
Calabasas, California 91302
Telephone: 818-617-9337
Facsimile: 818-688-0673
john@marshallbusinesslaw.com
mark@marshallbusinesslaw.com

Attorneys for Plaintiffs, CENTURY-NATIONAL INSURANCE COMPANY, a California corporation, PACIFIC PIONEER INSURANCE GROUP, INC, a Delaware corporation, PACIFIC PIONEER INSURANCE COMPANY, a California corporation, and UCA GENERAL INSURANCE SERVICES, a California corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTURY-NATIONAL INSURANCE COMPANY, a California corporation, PACIFIC PIONEER INSURANCE GROUP, INC., a Delaware corporation, PACIFIC PIONEER INSURANCE COMPANY, a California corporation, and UCA GENERAL INSURANCE SERVICES, a California corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> DOUGLAS J. GARDNER, ESQ., an individual, DOUGLAS J. GARDNER, LTD., a Nevada domestic professional corporation, RANDS & SOUTH, LTD., a Nevada domestic professional corporation, ALPS PROPERTY & CASUALTY INSURANCE COMPANY, a Montana corporation, DOES 1 through 20, inclusive <br> Defendants. | Case No.: 2:18-CV-02090-APG-PAL <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** <br><br> [Fed.R.Civ.P.41(a)] <br><br><br> Action Filed:   10/31/2018 <br> Trial Date:      None |

Plaintiffs, Century National Insurance Company, Pacific Pioneer Insurance Group, Inc., Pacific Pioneer Insurance Company and UCA General Insurance Services, on the one hand, and Defendants DOUGLAS J. GARDNER, ESQ., DOUGLAS J. GARDNER, LTD, RANDS & SOUTH, LTD, ALPS PROPERTY & CASUALTY INSURANCE COMPANY, on the other hand, by and through their respective counsel of record, and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant Douglas J. Gardner, Esq. to respond to Plaintiffs' Complaint, currently due on December 7, 2018, shall be extended to **December 24, 2018**.  The parties certify that this Stipulation is made in good faith and is not sought for the purpose of undue delay or cause prejudice to any party

DATED: December 11, 2018

MARSHALL & ASSOCIATES

/s/ John A. Marshall
JOHN A. MARSHALL, ESQ.
California Bar No. 109557
26565 W. Agoura Road, Suite 200
Calabasas, CA  91302
Attorney for Plaintiffs

DATED: December 11, 2018

LIPSON NIELSON P.C.

/s/ David A. Clark
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
DAVID A. CLARK
Nevada Bar No. 4443
9990 Covington Cross Drive, Suite 120
Las Vegas, NV  89144
Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

DATED this 13th day of December 2018

_____
UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of December, 2018, I served the above **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** through CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

James R. Olson, Esq.
Thomas D. Dillard, Jr., Esq.
Olson, Cannon Gormley, Angulo & Stoberski
9950 W. Cheynne Avenue
Las Vegas, NV 89219
P: 702-384-4012
F: 702-383-0701
jolson@ocgas.com
tdillard@ocgas.com
Attorneys for Defendant ALPS Corporation

Betsy Jefferis, Esq.
Phillis Spallas & Angstadt LLC
504 S. Ninth Street
Las Vegas, NV 89101
P: 702-938-1510
F: 702-938-1511
bjefferis@psalaw.net
Attorneys for Plaintiffs

Joseph Garin, Esq.
David A. Clark Esq.
Lipson, Nielson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
jgarin@lipsonneilson.com
dclark@lipsonneilson.com
Attorneys for Defendants Douglas J. Gardner, Esq.
Douglas J. Gardner, Ltd., and Rands & South Ltd.

/s/ *Kim K. Ranck*
An Employee of Marshall & Associates