UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CENTURY-NATIONAL INSURANCE COMPANY, et al., | Case No. 2:18-cv-02090-APG-BNW |
| Plaintiffs, | **ORDER** |
| v. | |
| DOUGLAS J. GARDNER, et al., | |
| Defendants. | |

Presently before the court is defendant ALPS Property and Casualty Insurance Company's Motion to Extend Time to File Dispositive Motions (ECF Nos. 70, 73). Plaintiffs oppose the motion. (Resp. (ECF No. 75).) Given the seriousness of the reasons for the requested extension and the modest delay that will be occasioned to the case, the court would have expected the experienced and professional counsel on this case to resolve this issue without court intervention.

IT IS THEREFORE ORDERED that defendant ALPS Property and Casualty Insurance Company's Motion to Extend Time to File Dispositive Motions (ECF Nos. 70, 73) is GRANTED.

IT IS FURTHER ORDERED that defendant ALSP must file its motion for summary judgment by September 10, 2019.

DATED: September 9, 2019

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE