JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON CANNON GORMLEY
& STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
jolson@ocgas.com
tdillard@ocgas.com
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
Attorneys for Defendant
ALPS PROPERTY & CASUALTY
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| CENTURY-NATIONAL INSURANCE COMPANY, a California corporation, PACIFIC PIONEER INSURANCE GROUP, INC., a Delaware corporation, PACIFIC PIONEER INSURANCE COMPANY, a California corporation, and UCA GENERAL INSURANCE SERVICES, a California corporation,<br><br>                Plaintiffs,<br><br>vs.<br><br>DOUGLAS J. GARDNER, ESQ., an individual, DOUGLAS J. GARDNER, LTD., a Nevada domestic professional corporation, RANDS & SOUTH, LTD., a Nevada domestic professional corporation, ALPS PROPERTY & CASUALTY INSURANCE COMPANY, a Montana corporation, DOES 1 through 20, inclusive,<br>                Defendants. | CASE NO.: 2:18-cv-02090-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT ALPS PROPERTY & CASUALTY INSURANCE COMPANY TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO RENEWED MOTION FOR SUMMARY JUDGMENT**<br><br>(First Request) |

### STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT ALPS PROPERTY & CASUALTYINSURANCE COMPANY TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO RENEWED MOTION FOR SUMMARY JUDGMENT

**(First Request)**

On November 5, 2020, Defendant ALPS PROPERTY & CASUALTY INSURANCE COMPANY ("Defendant") filed a Renewed Motion for Summary Judgment [Doc #107] in the above referenced matter. Plaintiffs filed their Opposition to the Motion on November 25, 2020. The Reply is currently due December 9, 2020. Defendant's counsel has requested additional time due to health reasons of 30 days to file the Reply up to and including January 8, 2021. This is the parties' first request regarding the Reply to Plaintiff's Opposition to the Motion for Summary Judgment.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties thereto, through their undersigned respective counsel of record, that Defendant shall have an additional 30 days up to and including January 8, 2021 to file the Reply to Plaintiff's Opposition to the Motion.

| OLSON CANNON GORMLEY & STOBERSKI | LIPSON, NEILSON, P.C. |
|---|---|
| By /s. Thomas D. Dillard, Jr.<br>THOMAS D. DILLARD, JR., ESQ.<br>Nevada Bar No. 006270<br>9950 W. Cheyenne Ave.<br>Las Vegas, Nevada 89129<br>Attorney for Defendant<br>ALPS PROPERTY & CASUALTY INSURANCE COMPANY | By /s/ David A. Clark<br>DAVID A. CLARK, ESQ.<br>Nevada Bar No. 004443<br>9900 Covington Cross Drive, Ste. 120<br>Las Vegas, Nevada 89144<br>Attorneys for Douglas J. Gardner, Esq., Douglas J. Gardner, Ltd. and Rands South, Ltd. |

| MARSHALL & ASSOCIATES | PHILLIPS SPALLAS & ANGSTADT LLC |
|---|---|
| By /s/ John A. Marshall<br>JOHN A. MARSHALL, ESQ.<br>Admitted Pro Hac Vice<br>26565 W. Agoura Rd., Ste. 200<br>Calabasas, California 91302<br>Attorneys for Plaintiffs | By /s/ Timothy D. Kuhls<br>TIMOTHY D. KUHLS, ESQ.<br>Nevada Bar No. 013362<br>504 S. Ninth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiffs |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: November 30, 2020