James P.C. Silvestri, Esq.
Nevada State Bar No. 3603
**PYATT SILVESTRI**
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Telephone: 702-383-6000
Facsimile: 702-477-0088
jsilvestri@pyattsilvestri.com

John A. Marshall, Esq.
California State Bar No. 109557
**MARSHALL & ASSOCIATES**
26565 W. Agoura Road, Suite 200
Calabasas, California 91302
Telephone: 818-617-9337
Facsimile:  818-688-0673
john@marshallbusinesslaw.com

Attorneys for Plaintiffs, CENTURY-NATIONAL INSURANCE COMPANY, PACIFIC PIONEER INSURANCE GROUP, INC., PACIFIC PIONEER INSURANCE COMPANY, and UCA GENERAL INSURANCE SERVICES

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTURY-NATIONAL INSURANCE COMPANY, a California corporation, PACIFIC PIONEER INSURANCE GROUP, INC., a Delaware corporation, PACIFIC PIONEER INSURANCE COMPANY, a California corporation, and UCA GENERAL INSURANCE SERVICES, a California corporation,<br><br>            Plaintiffs,<br>     vs.<br><br>DOUGLAS J. GARDNER, ESQ., an individual, DOUGLAS J. GARDNER, LTD., a Nevada domestic professional corporation, RANDS & SOUTH, LTD., a Nevada domestic professional corporation, ALPS PROPERTY & CASUALTY INSURANCE COMPANY, a Montana corporation, DOES 1 through 20, inclusive<br>            Defendants. | Case No.: 2:18-cv-02090-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER**<br>**(Second Request)** |

1
STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER

The Parties through their respective counsel of record hereby stipulate and agree as follows:

This action arises from a dispute over Plaintiffs' claims of legal malpractice, breach of contract, and fraud in the defense to judgment and post-judgment settlement of a multi-million dollar underlying action for personal injury damages.

On October 12, 2021, the Court granted (ECF No. 114) the Parties' First Request for Stipulation and Order to Extend Deadline to File Joint Pre-Trial Order (ECF No. 113), to accommodate the Parties' attempts to resolve this action through mediation.

The Parties' First Request stipulated to extend the Joint Pre-Trial Order deadline to 30 days after completion of mediation.

The Parties participated in and completed an all-day mediation on January 27, 2022 before the Honorable Judge Jackie Glass (Ret.) of Advanced Resolution Management. The Parties did *not* settle their disputes or resolve the instant litigation through mediation.

The Joint Pre-Trial Order deadline is therefore Saturday, February 26, 2022.

Wherefore, the Parties hereby stipulate and request that the deadline to file the Joint Pre-Trial Order be extended 30 days from the current deadline, to Monday, March 28, 2022, to facilitate the Parties' efforts in meeting and conferring on and preparing a thorough Joint Pre-Trial Order that addresses the extensive number of issues and evidence to be addressed at trial.

///

///

///

This is the second stipulation for extension of time to file the proposed Joint Pre-Trial Order.

    IT IS SO STIPULATED.

Dated February 18, 2022

| PYATT SILVESTRI | MARSHALL & ASSOCIATES |
|---|---|
| /s/ James P.C. Silvestri<br>JAMES P.C. SILVESTRI, ESQ.<br>Nevada Bar No. 3603<br>701 Bridger Avenue, Suite 600<br>Las Vegas, Nevada 89101 | /s/ John A. Marshall<br>JOHN A. MARSHALL, ESQ.<br>California Bar No. 109557<br>26565 W. Agoura Rd., Ste. 200<br>Calabasas, California 91302 |
| LIPSON NIELSON P.C. | OLSON, CANNON, GORMLEY ANGULO & STOBERSKI |
| /s/ David A. Clark<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>DAVID A. CLARK, ESQ.<br>Nevada Bar No. 4443<br>9990 Covington Cross Drive, Suite 120<br>Las Vegas, NV  89144 | /s/ Thomas D. Dillard, Jr.<br>JAMES R. OLSON, ESQ.<br>Nevada Bar No. 000116<br>THOMAS D. DILLARD, ESQ.<br>Nevada Bar No. 006270<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Attorney for Defendant ALPS |

          **ORDER**

    **IT IS SO ORDERED**

    **DATED:** 12:46 pm, February 22, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of February 2022, I served the above **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER** through CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

James P.C. Silvestri, Esq.
Pyatt Silvestri
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Telephone: 702-383-6000
Facsimile: 702-477-0088
jsilvestri@pyattsilvestri.com
Attorneys for Plaintiffs

James R. Olson, Esq.
Thomas D. Dillard, Jr., Esq.
Olson, Cannon Gormley, Angulo & Stoberski
9950 W. Cheynne Avenue
Las Vegas, NV  89219
P: 702-384-4012
F: 702-383-0701
jolson@ocgas.com
tdillard@ocgas.com
Attorneys for Defendant ALPS Property
& Casualty Insurance Company

Joseph Garin, Esq.
David A. Clark Esq.
Lipson, Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV  89144
jgarin@lipsonneilson.com
dclark@lipsonneilson.com
Attorneys for Defendants Douglas J. Gardner, Esq.
Douglas J. Gardner, Ltd., and Rands & South Ltd.

/s/ *Kim K. Ranck*
An Employee of Marshall & Associates