LIPSON, NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
DAVID A CLARK
Nevada Bar No. 4443
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
(702) 382-1512 - fax
jgarin@lipsonneilson.com
dclark@lipsonneilson.com
jgreen@lipsonneilson.com

*Attorneys for Defendants*
*Douglas J. Gardner, Esq.,*
*Douglas J. Gardner, Ltd. and*
*Rands & South, Ltd.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTURY-NATIONAL INSURANCE COMPANY, a California corporation, PACIFIC PIONEER INSURANCE GROUP, INC., a Delaware corporation, PACIFIC PIONEER INSURANCE COMPANY, a California corporation, and UCA GENERAL INSURANCE SERVICES, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DOUGLAS J. GARDNER, ESQ., an individual, DOUGLAS J. GARDNER, LTD., a Nevada domestic professional corporation, RANDS & SOUTH, LTD., a Nevada domestic professional corporation, ALPS CORPORATION, a Montana corporation, DOES 1 through 20, inclusive.<br><br>Defendants. | CASE NO.: 2:18-cv-02090-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**(THIRD REQUEST)** |

Plaintiffs, CENTURY-NATIONAL INSURANCE COMPANY, PACIFIC PIONEER INSURANCE GROUP, INC., PACIFIC PIONEER INSURANCE COMPANY, and UCA

- 1 -

GENERAL INSURANCE SERVICES and Defendant, DOUGLAS J. GARDNER, ESQ., DOUGLAS J. GARDNER, LTD, and RANDS & SOUTH, LTD., by and through their respective counsel, hereby agree and stipulate as follows:

This action arises from a dispute over Plaintiffs' claims of legal malpractice, breach of contract, and fraud in the defense to judgment and post-judgment settlement of a multi-million dollar underlying action for personal injury damages.

On October 12, 2021, the Court granted (ECF No. 114) the Parties' First Request for Stipulation and Order to Extend Deadline to File Joint Pre-Trial Order (ECF No. 113), to accommodate the Parties' attempts to resolve this action through mediation.

The Parties' First Request stipulated to extend the Joint Pre-Trial Order deadline to 30 days after completion of mediation.

The Parties participated in and completed an all-day mediation on January 27, 2022, before the Honorable Judge Jackie Glass (Ret.) of Advanced Resolution Management. The Parties did not settle their disputes or resolve the instant litigation through mediation. The Joint Pre-Trial Order deadline was therefore Saturday, February 26, 2022.

On February 22, 2022, the Court granted (ECF No. 126) the Parties' Second Request for Stipulation and Order to Extend Deadline to File Joint Pre-Trial Order (ECF No. 125), to facilitate the Parties' efforts in meeting and conferring on and preparing a thorough Joint PreTrial Order that addresses the extensive number of issues and evidence to be addressed at trial. The Joint Pre-Trial Order deadline was therefore Monday, March 28, 2022.

Wherefore, the Parties now stipulate that the present deadline for filing the Joint Pretrial Order, currently due on Monday, March 28, 2022, be extended one (1) week to **Monday, April 4, 2022.** The reason for the one (1) week extension is that David A. Clark, counsel for Defendants Douglas J. Gardner, Esq., Douglas J. Gardner, Ltd., and Rands & South, Ltd., has been deadling with a family issue which has now resolved.

1  Mr. Clark has requested additional time in order to prepare the Gardner Defendants'
2  portion of the Joint Pretrial Order and to meet-and-confer with other counsel. This is the
3  parties' third request for extension and is their way of accommodating each other. The
4  parties certify that this Stipulation is made in good faith and is not sought for the
5  purpose of undue delay or to cause prejudice to any party.

6  IT IS SO STIPULATED.

7  DATED this 23rd day of March, 2022.

| PYATT SILVESTRI | LIPSON NEILSON P.C. |
|---|---|
| */s/ John A. Marshall* | */s/ David A. Clark* |
| _____ | _____ |
| James P.C. Silvestri, Esq.<br>701 Bridger Ave., Suite 600<br>Las Vegas, NV 89101<br>jsilvestri@pyattsilvestri.com | JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>DAVID A CLARK<br>Nevada Bar No. 4443<br>JESSICA A. GREEN, ESQ.<br>Nevada Bar No. 12383<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>jgarin@lipsonneilson.com<br>dclark@lipsonneilson.com<br>jgreen@lipsonneilson.com |
| and | |
| John A. Marshall, Esq.<br>Mark S. Reusch, Esq.<br>MARSHALL & ASSOCIATES<br>26565 W. Agoura Road, Suite 200<br>Calabasas, California 91302<br>john@marshallbusinesslaw.com<br>mark@marshallbusinesslaw.com | *Attorneys for Defendants*<br>*Douglas J. Gardner, Esq.,*<br>*Douglas J. Gardner, Ltd. and*<br>*Rands & South, Ltd.* |
| *Attorneys for Plaintiffs Century-National*<br>*Insurance Company, Pacific Pioneer*<br>*Insurance Group, Inc., Pacific Pioneer*<br>*Insurance Company, and*<br>*UCA General Insurance Services* | |

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

*/s/ Thomas D. Dillard*
_____
James R. Olson, Esq.
Thomas D. Dillard, Esq.
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
chartle@ocgas.com
tdillard@ocgas.com

*Attorneys for Defendant Alps Corporation*

- 3 -

Century-National Insurance Company v. Douglas J. Gardner, Esq., et al.
Case No.:  2:18-cv-02090-APG-PAL

**ORDER**

Based on the foregoing stipulation of the parties and for good cause appearing,

IT IS HEREBY ORDERED that the deadline for filing the Joint Pretrial Order shall be, and the same is hereby, extended one (1) week, from Monday, March 28, 2022, to **Monday, April 4, 2022.**

IT IS SO ORDERED.

DATED: March 24, 2022

_____
UNITED STATES DISTRICT JUDGE