# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTURY-NATIONAL INSURANCE COMPANY; PACIFIC PIONEER INSURANCE GROUP, INC.; PACIFIC PIONEER INSURANCE COMPANY; and UCA GENERAL INSURANCE SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>DOUGLAS J. GARDNER; DOUGLAS J. GARDNER, LTD; RANDS & SOUTH, LTD; and ALPS PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:18-cv-02090-APG-VCF<br><br><br><br>**Order for Sealing** |

Defendant ALPS Property & Casualty Insurance Company filed a motion *in limine*, purportedly referencing potentially confidential material. ECF No. 136. The motion was not filed under seal, but ALPS filed a subsequent motion to seal. ECF No. 137. Under Local Rule IA 10-5(a), the motion *in limine* should have been filed under seal to protect potentially confidential information pending my decision regarding the subsequent motion to seal. I have ordered that the motion *in limine* be temporarily sealed.

I HEREBY ORDER that ALPS's motion to seal **(ECF No. 137) is granted**. The motion in limine (ECF No. 136 shall remain sealed temporarily.

I FURTHER ORDER ALPS to file an unsealed, version of the motion *in limine* at ECF No. 136, redacting the material it believes is confidential. ALPS must also file a sealed version of Exhibit H.

I FURTHER ORDER that, by May 20, 2022, the plaintiffs must file a motion to keep sealed Exhibit H and specific references in the motion *in limine* to confidential information. Failure to file that motion will result in the unsealing of both Exhibit H and the unredacted motion *in limine*.

DATED this 10th day of May, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE