# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTURY-NATIONAL INSURANCE COMPANY, *et al.*, <br><br>     Plaintiffs <br><br> v. <br><br> DOUGLAS J. GARDNER, ESQ., *et al.*, <br><br>     Defendants | Case No.: 2:18-cv-02090-APG-BNW <br><br> **Order Denying Motion in Limine Without Prejudice** <br><br> [ECF Nos. 136, 140] |

I HEREBY ORDER that defendant ALPS Property & Casualty Insurance Company's motion in limine **(ECF Nos. 136, 140) is DENIED** without prejudice to refile after the parties conduct a legitimate meet and confer as required by Local Rule 16-3(a).

DATED this 27th day of May, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE