1  LIPSON, NEILSON P.C.
   JOSEPH P. GARIN, ESQ.
2  Nevada Bar No. 6653
   DAVID A CLARK
3  Nevada Bar No. 4443
   9900 Covington Cross Drive, Suite 120
4  Las Vegas, Nevada 89144
   (702) 382-1500
5  (702) 382-1512 - fax
   jgarin@lipsonneilson.com
6  dclark@lipsonneilson.com

7  *Attorneys for Defendants*
   *Douglas J. Gardner, Esq.,*
8  *Douglas J. Gardner, Ltd. and*
   *Rands & South, Ltd.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTURY-NATIONAL INSURANCE COMPANY, a California corporation, PACIFIC PIONEER INSURANCE GROUP, INC., a Delaware corporation, PACIFIC PIONEER INSURANCE COMPANY, a California corporation, and UCA GENERAL INSURANCE SERVICES, a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DOUGLAS J. GARDNER, ESQ., an individual, DOUGLAS J. GARDNER, LTD., a Nevada domestic professional corporation, RANDS & SOUTH, LTD., a Nevada domestic professional corporation, ALPS PROPERTY & CASUALTY INSURANCE COMPANY, a Montana corporation, DOES 1 through 20, inclusive. <br><br> Defendants. | CASE NO.: 2:18-cv-02090-APG-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE PROPOSED STIPULATION AND ORDER FOR DISMISSAL OF THE GARDNER DEFENDANTS' CLAIMS** <br><br> **(FIRST REQUEST)** |

Plaintiffs, CENTURY-NATIONAL INSURANCE COMPANY, PACIFIC PIONEER INSURANCE GROUP, INC., PACIFIC PIONEER INSURANCE COMPANY, and UCA GENERAL INSURANCE SERVICES ("Plaintiffs') and Defendants, DOUGLAS J. GARDNER, ESQ., DOUGLAS J. GARDNER, LTD, and RANDS & SOUTH, LTD.

- 1 -

("Gardner Defendants"), by and through their respective counsel, hereby agree and stipulate as follows:

Whereas, at the Settlement Conference held on August 24, 2022 before Magistrate Judge Cam Ferenbach, the parties agreed that the claims between Plaintiffs and the Gardner Defendants have settled, while the remaining claims will proceed on the normal litigation track.

Whereas, the Court ordered that the proposed stipulation and order for dismissal of the Gardner claims must be filed on or before September 28, 2022.

Whereas, Plaintiffs and the Gardner Defendants have agreed to request the Court for extension of time to file their proposed stipulation and order for dismissal of the Gardner claims, in order for the parties to fully finalize the terms of the settlement agreement among themselves.

WHEREFORE, it is hereby AGREED AND STIPULATED TO by and between Plaintiffs and the Gardner Defendants that the submission of the proposed stipulation and order for dismissal of the Gardner claims shall be extended for a period of two (2) weeks from its current due date of September 28, 2022, to **October 12, 2022.**

This is the parties' first request for extension and is their way of accommodating each other. The parties certify that this Stipulation is made in good faith and is not sought for the purpose of undue delay or to cause prejudice to any party.

///
///
///
///
///
///
///
///
///

IT IS SO STIPULATED.

DATED this 28th day of September, 2022.

| PYATT SILVESTRI | LIPSON NEILSON P.C. |
|---|---|
| /s/ James P.C. Silvestri | /s/ Joseph P. Garin |
| _____ | _____ |
| JAMES P.C. SILVESTRI, ESQ.<br>Nevada Bar No. 3603<br>701 Bridger Ave., Suite 600<br>Las Vegas, NV 89101<br>jsilvestri@pyattsilvestri.com | JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>DAVID A CLARK<br>Nevada Bar No. 4443<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>jgarin@lipsonneilson.com<br>dclark@lipsonneilson.com |
| and | |
| John A. Marshall, Esq.<br>Mark S. Reusch, Esq.<br>Travis Tillman, Esq.<br>MARSHALL & ASSOCIATES<br>26565 W. Agoura Road, Suite 200<br>Calabasas, California 91302<br>john@marshallbusinesslaw.com<br>mark@marshallbusinesslaw.com<br>Travis@marshallbusinesslaw.com | *Attorneys for Defendants Douglas J. Gardner, Esq., Douglas J. Gardner, Ltd. and Rands & South, Ltd.* |
| *Attorneys for Plaintiffs Century-National Insurance Company, Pacific Pioneer Insurance Group, Inc., Pacific Pioneer Insurance Company, and UCA General Insurance Services* | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9-29-2022

- 3 -