LIPSON, NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
DAVID A CLARK
Nevada Bar No. 4443
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
(702) 382-1512 - fax
jgarin@lipsonneilson.com
dclark@lipsonneilson.com

*Attorneys for Defendants*
*Douglas J. Gardner, Esq.,*
*Douglas J. Gardner, Ltd. and*
*Rands & South, Ltd.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTURY-NATIONAL INSURANCE COMPANY, a California corporation, PACIFIC PIONEER INSURANCE GROUP, INC., a Delaware corporation, PACIFIC PIONEER INSURANCE COMPANY, a California corporation, and UCA GENERAL INSURANCE SERVICES, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DOUGLAS J. GARDNER, ESQ., an individual, DOUGLAS J. GARDNER, LTD., a Nevada domestic professional corporation, RANDS & SOUTH, LTD., a Nevada domestic professional corporation, ALPS PROPERTY & CASUALTY INSURANCE COMPANY, a Montana corporation, DOES 1 through 20, inclusive.<br><br>Defendants. | CASE NO.: 2:18-cv-02090-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE STIPULATION AND ORDER FOR DISMISSAL OF THE GARDNER DEFENDANTS' CLAIMS**<br><br>**(THIRD REQUEST)** |

Plaintiffs, CENTURY-NATIONAL INSURANCE COMPANY, PACIFIC PIONEER INSURANCE GROUP, INC., PACIFIC PIONEER INSURANCE COMPANY, and UCA GENERAL INSURANCE SERVICES ("Plaintiffs') and Defendants, DOUGLAS J. GARDNER, ESQ., DOUGLAS J. GARDNER, LTD, and RANDS & SOUTH, LTD.

("Gardner Defendants"), by and through their respective counsel, hereby agree and stipulate as follows:

Whereas, at the Settlement Conference held on August 24, 2022 before Magistrate Judge Cam Ferenbach, the parties agreed that the claims between Plaintiffs and the Gardner Defendants have settled, while the remaining claims will proceed on the normal litigation track.

Whereas, the Court initially ordered that the proposed stipulation and order for dismissal of the Gardner claims must be filed on or before September 28, 2022 (Doc. No. 158).

Whereas, on September 29, 2022 and pursuant to the Stipulation between Plaintiffs and the Gardner Defendants (First Request), the Court issued an Order to Extend Time to File Proposed Stipulation and Order for Dismissal of the Gardner Defendants' Claims up to October 12, 2022 (ECF No. 165).

Whereas, on October 25, 2022 and pursuant to the Stipulation between Plaintiffs and the Gardner Defendants (Second Request), the Court issued an Order to Extend Time to File Stipulation and Order for Dismissal of the Gardner Defendants' Claims up to today, October 26, 2022 (ECF No. 169).

Whereas, the Parties have been in continuing communication and are now in the final stretch of arrangements as the settlement proceeds are in transit. After the proceeds arrive and are exchanged, the Parties will submit the dismissal document to the Honorable Court for approval. Therefore, Plaintiffs and the Gardner Defendants have again agreed to request the Court for extension of time of additional two (2) weeks from the current deadline, to file their proposed stipulation and order for dismissal of the Gardner claims.

WHEREFORE, it is hereby AGREED AND STIPULATED TO by and between Plaintiffs and the Gardner Defendants that the submission of the stipulation and order for dismissal of the Gardner claims shall be extended for a period of two (2) weeks from its current due date of October 26, 2022, to **Wednesday, November 9, 2022.**

This is the parties' third request for extension and is their way of accommodating each other. The parties certify that this Stipulation is made in good faith and is not sought for the purpose of undue delay or to cause prejudice to any party.

IT IS SO STIPULATED.

DATED this 26th day of October, 2022.

| PYATT SILVESTRI | LIPSON NEILSON P.C. |
|---|---|
| /s/ James P.C. Silvestri | /s/ Joseph P. Garin |
| JAMES P.C. SILVESTRI, ESQ.<br>Nevada Bar No. 3603<br>701 Bridger Ave., Suite 600<br>Las Vegas, NV 89101<br>jsilvestri@pyattsilvestri.com | JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>DAVID A CLARK<br>Nevada Bar No. 4443<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>jgarin@lipsonneilson.com<br>dclark@lipsonneilson.com |
| and | *Attorneys for Defendants Douglas J. Gardner, Esq., Douglas J. Gardner, Ltd. and Rands & South, Ltd.* |
| John A. Marshall, Esq.<br>Mark S. Reusch, Esq.<br>Travis Tillman, Esq.<br>MARSHALL & ASSOCIATES<br>26565 W. Agoura Road, Suite 200<br>Calabasas, California 91302<br>john@marshallbusinesslaw.com<br>mark@marshallbusinesslaw.com<br>Travis@marshallbusinesslaw.com | |
| *Attorneys for Plaintiffs Century-National Insurance Company, Pacific Pioneer Insurance Group, Inc., Pacific Pioneer Insurance Company, and UCA General Insurance Services* | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: November 3, 2022