JAMES R. OLSON, ESQ. [#116]
THOMAS D. DILLARD, JR., ESQ. [#6270]
**OLSON CANNON GORMLEY& STOBERSKI**
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
tdillard@ocgas.com
Telephone: (702) 384-4012
Attorneys for Defendant ALPS PROPERTY &
CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| CENTURY-NATIONAL INSURANCE COMPANY, a California corporation, PACIFIC PIONEER INSURANCE GROUP, INC., a Delaware corporation, PACIFIC PIONEER INSURANCE COMPANY, a California corporation, and UCA GENERAL INSURANCE SERVICES, a California corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> DOUGLAS J. GARDNER, ESQ., an individual, DOUGLAS J. GARDNER, LTD., a Nevada domestic professional corporation, RANDS & SOUTH, LTD., a Nevada domestic professional corporation, ALPS PROPERTY & CASUALTY INSURANCE COMPANY, a Montana corporation, DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO.: 2:18-cv-02090-APG-VCF |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTIONS FOR RECONSIDERATION AND MOTION *IN LIMINE* RE: TESTIMONIAL EVIDENCE IN SUPPROT OF CONSEQUENTIAL DAMAGES IN VIOLATION OF FEDERAL RULES OF EVIDENCE 701 AND 702 (FIRST REQUEST)**

1

Defendant, ALPS PROPERTY & CASUALTY INSURANCE COMPANY, (herein referred to as "ALPS"), by and through their counsel of record, JAMES R. OLSON, ESQ., and THOMAS D. DILLARD, JR., ESQ., of the law firm of OLSON CANNON GORMLEY & STOBERSKI, and Plaintiffs, CENTURY-NATIONAL INSURANCE COMPANY, PACIFIC PIONEER INSURANCE GROUP, INC., and UCA GENERAL INSURANCE SERVICES, (herein referred to as "Plaintiffs"), by and through their respective counsel, hereby agree and stipulate as follows:

Pursuant to #167, Minutes of Proceedings from the Status Conference held on October 11, 2022 ordered Motions due November 15, 2022 and responses due by December 6, 2022.

This is the first stipulation for extension of time to file motions, of three days, making the Motions due Friday, November 18, 2022 and responses due by December 9, 2022.

There shall be no changes necessary to the currently scheduled Hearing date of January 2, 2023 at 1:30 p.m. for the above-referenced Motions.

DATED this 14th day of November, 2022.

| PYATT SILVESTRI | MARSHALL & ASSOCIATES |
|---|---|
| /s/ James P.C. Silvestri, Esq.<br>_____<br>JAMES P.C. SILVESTRI, ESQ. [#3603]<br>701 Bridger Ave #600<br>Las Vegas, NV 89101<br>jsilvestri@pyattsilvestri.com | /s/ John A. Marshall, Esq.<br>_____<br>John A. Marshall<br>Travis Tillman, Esq.<br>26565 W. Agoura Rd #200<br>Calabasas, CA 91302<br>john@marshallbusinesslaw.com<br>travis@marshallbusinesslaw.com |

| | |
|---|---|
| 1 | OLSON CANNON GORMLEY & STOBERSKI |
| 2 | /s/ Thomas D. Dillard, Jr., Esq. |
| 3 | _____ |
| 4 | JAMES R. OLSON, ESQ. [#116]<br>THOMAS D. DILLARD, JR., ESQ. [#6270] |
| 5 | 9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129 |
| 6 | Attorneys for Defendant ALPS |

**ORDER**

IT IS SO ORDERED.

_____
United States District Judge

DATED: November 15, 2022

SUBMITTED BY:
OLSON CANNON GORMLEY & STOBERSKI

By: /s/ Thomas D. Dillard, Jr., Esq.
JAMES R. OLSON, ESQ. [#116]
THOMAS D. DILLARD, JR., ESQ. [#6270]
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant ALPS

3