James P.C. Silvestri, Esq.
Nevada State Bar No. 3603
**PYATT SILVESTRI**
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Telephone: 702-383-6000
Facsimile: 702-477-0088
jsilvestri@pyattsilvestri.com

John A. Marshall, Esq.
California State Bar No. 109557
**MARSHALL & ASSOCIATES**
26565 W. Agoura Road, Suite 200
Calabasas, California 91302
Telephone: 818-617-9337
Facsimile:  818-688-0673
john@marshallbusinesslaw.com

Attorneys for Plaintiffs, CENTURY-NATIONAL INSURANCE COMPANY, PACIFIC PIONEER INSURANCE GROUP, INC., PACIFIC PIONEER INSURANCE COMPANY, and UCA GENERAL INSURANCE SERVICES

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTURY-NATIONAL INSURANCE COMPANY, a California corporation, PACIFIC PIONEER INSURANCE GROUP, INC., a Delaware corporation, PACIFIC PIONEER INSURANCE COMPANY, a California corporation, and UCA GENERAL INSURANCE SERVICES, a California corporation,<br><br>                     Plaintiffs,<br><br>     vs.<br><br>DOUGLAS J. GARDNER, ESQ., an individual, DOUGLAS J. GARDNER, LTD., a Nevada domestic professional corporation, RANDS & SOUTH, LTD., a Nevada domestic professional corporation, ALPS PROPERTY & CASUALTY INSURANCE COMPANY, a Montana corporation, DOES 1 through 20, inclusive<br>                     Defendants. | Case No.: 2:18-cv-02090-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE ~~PROPOSED~~ LITIGATION PLAN (First Request)** |

1
STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PROPOSED LITIGATION PLAN

The Parties through their respective counsel of record hereby stipulate and agree as follows:

This action arises from a dispute over Plaintiffs' claims of legal malpractice, breach of contract, and fraud in the defense to judgment and post-judgment settlement of a multi-million dollar underlying action for personal injury damages.

On January 4, 2023, counsel for Plaintiffs and Defendants appeared before the Court to be heard on Defendants' motions for reconsideration and to exclude evidence. During the hearing the Court ordered the Parties to meet and confer on a plan for further discovery, mediation, motions and trial, and to submit a proposed or stipulated litigation plan to Magistrate Judge Cam Ferenbach within 30 days.

Thereafter, the Parties agreed to meet and confer after having an opportunity to review the January 4, 2023 hearing transcript. However, the hearing transcript was not prepared and made to the Parties until on or about January 24, 2023.

The Parties met and conferred on January 31, 2023 and determined that they needed more time to discuss and determine their positions on the scope and timing of a proposed litigation plan and schedule for related motion practice, mediation and trial.

///

///

///

Wherefore, the Parties hereby stipulate and request that the deadline to file a proposed or stipulated litigation plan be extended two weeks from the current deadline of Friday, February 3, 2023, to Friday, February 17, 2023, to facilitate the Parties' efforts in meeting and conferring on and preparing a stipulated or proposed litigation plan.

This is the Parties' first request for extension on this matter.

IT IS SO STIPULATED.

Dated February 1, 2023

| PYATT SILVESTRI | MARSHALL & ASSOCIATES |
|---|---|
| /s/ James P.C. Silvestri<br>JAMES P.C. SILVESTRI, ESQ.<br>Nevada Bar No. 3603<br>701 Bridger Avenue, Suite 600<br>Las Vegas, Nevada 89101 | /s/ John A. Marshall<br>JOHN A. MARSHALL, ESQ.<br>California Bar No. 109557<br>26565 W. Agoura Rd., Ste. 200<br>Calabasas, California 91302 |
| | OLSON, CANNON, GORMLEY<br>ANGULO & STOBERSKI |
| | /s/ Thomas D. Dillard, Jr.<br>JAMES R. OLSON, ESQ.<br>Nevada Bar No. 000116<br>THOMAS D. DILLARD, ESQ.<br>Nevada Bar No. 006270<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Attorney for Defendant ALPS |

## **ORDER**

IT IS SO ORDERED.

DATED this __2nd__ day of February 2023

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of February 2023, I served the above **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PROPOSED LITIGATION PLAN** through CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

James P.C. Silvestri, Esq.
Pyatt Silvestri
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Telephone: 702-383-6000
Facsimile: 702-477-0088
jsilvestri@pyattsilvestri.com
Attorneys for Plaintiffs

James R. Olson, Esq.
Thomas D. Dillard, Jr., Esq.
Olson, Cannon Gormley, Angulo & Stoberski
9950 W. Cheynne Avenue
Las Vegas, NV  89219
P: 702-384-4012
F: 702-383-0701
jolson@ocgas.com
tdillard@ocgas.com
Attorneys for Defendant ALPS Property
& Casualty Insurance Company

Joseph Garin, Esq.
David A. Clark Esq.
Lipson, Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV  89144
jgarin@lipsonneilson.com
dclark@lipsonneilson.com
Attorneys for Defendants Douglas J. Gardner, Esq.
Douglas J. Gardner, Ltd., and Rands & South Ltd.

/s/ *Kim K. Ranck*
An Employee of Marshall & Associates