UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTURY-NATIONAL INSURANCE COMPANY, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>DOUGLAS J. GARDNER, ESQ., et al.,<br><br>    Defendant(s). | Case No. 2:18-cv-02090-APG-NJK<br><br>**Order**<br><br>[Docket No. 191] |

Pending before the Court is a joint status report in which the parties disagree as to the duration and scope of the reopened discovery period, and in which the parties seek a discovery conference to address those issues. Docket No. 191.[1] The undersigned has since been assigned to this case. Docket No. 193.

A primary issue in dispute is whether Defendant ALPS is entitled to conduct discovery as to causation during the reopened discovery period. *See* Docket No. 191 at 4. Judge Gordon previously cast doubt on the need for such discovery, *see* Docket No. 191-2 at 37, 42, but did not ultimately resolve the issue. Instead, Judge Gordon indicated that Defendant would need to make a showing to justify to the assigned magistrate judge why such discovery should be allowed. *Id.* at 42. Although the pending status report indicates that there is a disagreement on the propriety of causation discovery, the status report does not include meaningfully developed justification for Defendant's pursuit of such discovery. Particularly given that the undersigned has only recently been assigned to this case, the Court declines to entertain oral argument on this issue without well-developed briefing.

---

[1] Although the Court will consider the request for a discovery conference in this instance, the Court reminds counsel that they must generally not seek relief within a status report and that they must generally file separate documents for each purpose of their filing. *See* Local Rule IC 2-2(b).

1

Accordingly, the request for a discovery conference is **DENIED**. If Defendant continues to seek discovery as to causation, it must file a motion for such relief providing meaningfully developed argument by March 3, 2023. Any response thereto must be filed by March 8, 2023, and any reply must be filed by March 10, 2023.

IT IS SO ORDERED.

Dated: February 24, 2023

_____
Nancy J. Koppe
United States Magistrate Judge