UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTURY-NATIONAL INSURANCE COMPANY, et al.,<br><br>      Plaintiff(s),<br><br>v.<br><br>DOUGLAS J. GARDNER, ESQ., et al.,<br><br>      Defendant(s). | Case No. 2:18-cv-02090-APG-NJK<br><br>**Order**<br><br>[Docket No. 219] |

Pending before the Court is a stipulation to vacate the deadline for filing the joint proposed pretrial order pending completion of private mediation. Docket No. 219. It appears the parties have not yet agreed on a mediator or set a date for the mediation. *See id.* at 2. Given the circumstances, the Court declines to vacate this deadline. *Cf. Dependable Highway Exp., Inc. v. Navigators Ins. Co.*, 498 F.3d 1059, 1066 (9th Cir. 2007) ("Generally, stays should not be indefinite in nature"). Accordingly, the stipulation is **GRANTED** in part and **DENIED** in part. The deadline to file the joint proposed pretrial order is **EXTENDED** to April 30, 2024. Any further request for relief from this deadline on the basis of a mediation must identify the date on which the mediation will occur.

IT IS SO ORDERED.

Dated: February 6, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1