# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CENTURY-NATIONAL INSURANCE COMPANY, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>DOUGLAS J. GARDNER, ESQ., et al.,<br><br>     Defendants. | Case No. 2:18-cv-02090-APG-NJK<br><br>**Order**<br><br>[Docket No. 221] |

Pending before the Court is a stipulation to extend the deadline for filing the joint proposed pretrial order pending completion of private mediation. Docket No. 221. The parties have scheduled mediation for June 26, 2024. *Id.* at 2.

Accordingly, the stipulation is **GRANTED**. The deadline to file the joint proposed pretrial order is **EXTENDED** to July 26, 2024. If the mediation is successful in resolving this case, the parties must file a notice so stating no later than June 28, 2024.

IT IS SO ORDERED.

Dated: March 12, 2024.

_____
Nancy J. Koppe
United States Magistrate Judge

1