James P.C. Silvestri, Esq.
Nevada State Bar No. 3603
**PYATT SILVESTRI**
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Telephone: 702-383-6000
Facsimile: 702-477-0088
jsilvestri@pyattsilvestri.com

John A. Marshall, Esq.
California State Bar No. 109557
**MARSHALL & ASSOCIATES**
26565 W. Agoura Road, Suite 215
Calabasas, California 91302
Telephone: 818-617-9337
Facsimile:  818-688-0673
john@marshallbusinesslaw.com

Attorneys for Plaintiffs, CENTURY-NATIONAL INSURANCE COMPANY, a California corporation, PACIFIC PIONEER INSURANCE GROUP, INC, a Delaware corporation, PACIFIC PIONEER INSURANCE COMPANY, a California corporation, and UCA GENERAL INSURANCE SERVICES, a California corporation

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTURY-NATIONAL INSURANCE COMPANY, a California corporation, PACIFIC PIONEER INSURANCE GROUP, INC., a Delaware corporation, PACIFIC PIONEER INSURANCE COMPANY, a California corporation, and UCA GENERAL INSURANCE SERVICES, a California corporation,<br><br>             Plaintiffs,<br><br>     vs.<br><br>DOUGLAS J. GARDNER, ESQ., an individual, DOUGLAS J. GARDNER, LTD., a Nevada domestic professional corporation, RANDS & SOUTH, LTD., a Nevada domestic professional corporation, ALPS PROPERTY & CASUALTY INSURANCE COMPANY, a Montana corporation, DOES 1 through 20, inclusive<br>             Defendants. | Case No.: 2:18-cv-02090-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT ALPS PROPERTY & CASUALTY INSURANCE COMPANY WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs CENTURY-NATIONAL INSURANCE COMPANY, PACIFIC PIONEER INSURANCE GROUP, INC, PACIFIC PIONEER INSURANCE COMPANY, and UCA GENERAL INSURANCE SERVICES (collectively, "Plaintiffs") and Defendant ALPS PROPERTY & CASUALTY INSURANCE COMPANY ("Defendant ALPS") (collectively, the "Parties"), by and through their respective attorneys of record, that Plaintiffs' claims against Defendant ALPS shall be DISMISSED with prejudice, with each party to bear its own fees and costs.

DATED: August 15, 2024

PYATT SILVESTRI

*/s/ James P.C. Silvestri*
JAMES P.C. SILVESTRI, ESQ.,
Nevada Bar No. 3603
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
jsilvestri@pyattsilvestri.com

and

MARSHALL & ASSOCIATES

*/s/ John A. Marshall*
JOHN A. MARSHALL, ESQ.,
California Bar No. 109557
26565 W. Agoura Road, Suite 200
Calabasas, California 91302
john@marshallbusinesslaw.com

Attorneys for Plaintiffs Century-National Insurance Company, Pacific Pioneer Insurance Group, Inc., Pacific Pioneer Insurance Company and UCA General Services, Inc

DATED: August 15, 2024

OLSON CANNON GORMLEY & STOBERSKI

*/s/ Thomas D. Dillard, Jr.*
THOMAS D. DILLARD, JR., ESQ.,
Nevada Bar No. 006270
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
tdillard@ocgattorneys.com

Attorneys for Defendant ALPS Property & Casualty Insurance Company

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: August 16, 2024